USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/9/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

APPLE MUSIC,

Defendant.

25-CV-10547 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 14, 2026, defendant Apple Inc. (Apple) moved to dismiss plaintiff's amended complaint. *See* Dkt. 23. Plaintiff's opposition to Apple's motion to dismiss the amended complaint was due no later than September 2, 2026. *See* Loc. Civ. R. 6.1(b); Fed. R. Civ. P. 6(d). That date has come and gone, but plaintiff has not submitted any opposition to Apple's motion. In recognition that plaintiff is proceeding pro se, the Court EXTENDS plaintiff's deadline to submit his papers in opposition to Apple's motion to dismiss to **October 9, 2026**.

**If plaintiff fails to respond to Apple's motion to dismiss, his claims against Apple may be dismissed.** Plaintiff is reminded that he may receive court documents electronically (rather than waiting for them to be mailed) by completing and submitting a Consent to Electronic Service form, available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

The Clerk of Court is respectfully directed to close the motion at Dkt. 13 (which was mooted by the filing of the amended complaint and Apple's renewed motion to dismiss).

Dated: New York, New York
September 9, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**